**Petition for Writ of Mandamus Denied and Memorandum Majority and Concurring Opinions filed November 23, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00438-CV

---

## IN RE RONALD SCOTT CATT, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-229074**

---

## MEMORANDUM MAJORITY OPINION

On August 5, 2021, relator Ronald Scott Catt filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable O'Neil Williams, presiding judge of the 268th District Court of Fort Bend County, to return forfeited property to relator.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson (Spain, J., concurring).